JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE INTERNATIONAL UNION, | Case No. CV 22-01938 PA (PVCx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| SKY CHEFS, INC., | |
| Defendant. | |

In accordance with the Court's May 26, 2022 Minute Order dismissing this action for lack of subject-matter jurisdiction, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: May 26, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE