UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-1938 PA (PVCx) | Date | August 19, 2024 |
|---|---|---|---|
| Title | Unite Here International Union v. Sky Chefs, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric B Myers | Jacquelyn L. Thompson |

**Proceedings:**   EVIDENTIARY HEARING

MOTION for Permanent Injunction [45]

Cause called; appearances made. Before the Court is Plaintiff's Motion for Permanent Injunction, (Docket No. 45). Witnesses called, sworn and testified. Exhibits identified and admitted. The matter is submitted.

IT IS SO ORDERED.

|  | 2 | : | 09 |
|---|---|---|---|
| Initials of Preparer | kss | | |